**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6529**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ALVIS DAMON WILLIAMS,

    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:13-cr-00758-JFA-1)

Submitted:  November 18, 2021      Decided:  December 6, 2021

Before WYNN, FLOYD and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvis Damon Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvis Damon Williams appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and the court's order denying his motion for discovery. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the district court's denial of his motion for compassionate release, he has forfeited appellate review of that order, and we affirm. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). As for the court's order denying Williams' motion for discovery, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 3:13-cr-00758-JFA-1 (D.S.C. Mar. 25, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*